[No. 37838-8-II.   Division Two.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCY LYNN JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00019-7, James W. Lawler, J., entered May 30, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 38138-9-II.   Division Two.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SWEANEY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00567-8, Gary R. Tabor, J., entered August 6, 2008. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38655-1-II.   Division Two.   November 17, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS LEE WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00389-7, Richard L. Brosey and James W. Lawler, JJ., entered November 12, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 26483-1-III.   Division Three.   November 17, 2009.]

GREGORY J. DANIELS, *Appellant*, v. RENAE E. OELKE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 06-2-00431-9, Allen Nielson, J., entered September 18, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.